UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| PATRIOT INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | :     File No. 1:13-cv-257-jgm |
| VERMONT JUVENILE MANUFACTURING, INC., d/b/a Pet Gear, and ROBIN A. GOODWIN, | : |
| Defendants. | : |

## ORDER OF DISMISSAL

The Court having been advised by Evaluator's Report (Doc. 39) that the above-entitled action has been settled,

IT IS ORDERED THAT this action is hereby dismissed without costs, with the right to petition to reopen the action, upon good cause shown within 60 days, if settlement is not consummated.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, electronically or by United States mail, upon attorneys of record for the parties appearing in this case.

Dated at Brattleboro, in the District of Vermont, this 18th day of June, 2014.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge